**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JERRY SILVERSTEIN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 19-00195-KD-N |
| | ) | |
| **WEATHER SHIELD MFG., INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This action is before the Court on the Motion to Strike Attorney's Fee Demand filed by Defendant Weather Shield Mfg., Inc. (doc. 3, p. 11). Embedded within its answer, Weather Shield moves to strike Plaintiff Jerry Silverstein's demand for attorney's fees. Upon consideration, and for the reasons set forth herein, the Motion is DENIED.

Review of the Motion shows that Weather Shield did not comply with S.D. Ala. Civil Local Rule 7(a), which requires it to "state the statute, rule or legal or equitable principles pursuant to which" the Motion is made. Weather Shield does state that "[n]one of the common law causes of action allow for the recovery of attorney fees", "the Settlement Agreement at issue does not provide a prevailing party fee clause", [t]herefore, none of the pending causes of action allow the Plaintiff to recover attorney's fees, and this demand is due to be stricken" (doc. 3, p. 11). Thus, the Motion appears to be a Motion for "failure to state a claim upon which relief can be granted." Fed. R. Civ. P. 12(b)(6).

Rule 12(f) provides for a motion to strike. The Rule states that the "court may strike from a pleading an insufficient defense, or any redundant, immaterial, impertinent, or scandalous

matter." Fed. R. Civ. P. 12(F). The grounds for the Motion do not appear to come within the parameters of Rule 12(f).

Moreover, Weather Shield did not support its Motion with a contemporaneously filed supporting brief. The Rule states that "[e]xcept as ordered by the Court, any motion filed pursuant to Fed. R. Civ. P. 12(b) or 56 must be supported by a brief" and "[a]bsent Court order otherwise, any brief, exhibits, or other supporting paper must be filed contemporaneously with the motion." S.D. Ala. L.R. 7(b). Additionally, the Local Rule states that "[f]ailure to file a brief in support of a motion under Fed. R. Civ. P. 12(b) or 56 is sufficient cause to deny the motion" *Id.* The Court has not entered any order with respect to this Motion. Thus, Weather Shield has not been relieved of its obligations under the Local Rules.

**DONE** this 18th day of April 2019.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE