# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JERRY SILVERSTEIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:19-00195-KD-N |
| | ) |
| WEATHER SHIELD MFG., INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated July 25, 2019 (Doc. 14), is **ADOPTED** as the opinion of this Court.

Accordingly, Plaintiff Jerry Silverstein's motion to remand (Doc. 8) is **GRANTED** and this action is **remanded** to the Circuit Court of Mobile County, Alabama.

**DONE** and **ORDERED** this the 12th day of August 2019.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE